UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x
D'Agostino Landscaping, Inc.,
    Plaintiff
V

Joseph Grosinger,
    Defendant
------------------------------------------
Joseph Grosinger
Counterclaimant, Third Party Plaintiff,

vs.

D'Agostino Landscaping, Inc.,
Counterclaim Defendant,

Dennis D. Michaels,
Third Party Defendant.
_____x

Chaim Grosinger,
Third Party Plaintiff,

vs.

D'Agostino Landscaping, Inc.
Defendant,

Dennis D. Michaels,
Third Party Defendant.
_____x

Rule 7.1 Statement

**07 CIV. 3860**

**JUDGE CONNER**

FILED U.S. DISTRICT COURT S.D. OF N.Y.W.P. 2007 MAY 17 A 9:38

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local

General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to

evaluate possible disqualification or recusal, the undersigned counsel for Joseph

Grosinger and Chaim Grosinger (a private non-governmental party) certifies that the

15

following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

N/A

Dated: May 14, 2007                          _____/s/_____

Shmuel Klein (SK 7212) Fed Court Only
Law Office of Shmuel Klein, PC
Attorneys for Plaintiff
268 ROUTE 59
Spring Valley, NY   10977
(845) 425-2510