UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
D'Agostino Landscaping Inc.,            :

                                        :       07 CIVIL 3860 (WCC)

            Plaintiff,                  :       **JUDGMENT**

      -against-                         :

Joseph Grosinger,                       :

                                        :

            Defendants
- - - - - - - - - - - - - - - - - -X



   Whereas the above entitled action having been assigned to the Honorable William C. Conner, U.S.D.J., and the Court thereafter on May 30, 2007, having handed down its order remanding this action to the Justice Court, Town of Ramapo of Rockland County, where it was originally brought, on the ground of lack of federal jurisdiction, it is,

      **ORDERED, ADJUDGED AND DECREED:** That the case is remanded to the Justice Court, Town of Ramapo of Rockland County, where it was originally brought, on the ground of lack of federal jurisdiction.

Dated: White Plains, New York
       April 16, 1993

                                        J. Michael McMahon
                                        ─────────────────
                                                Clerk

ID/judgment.d'agostino.860

                                        E.O.D.